67 A.3d 789

COMMONWEALTH of Pennsylvania, Respondent

v.

Warren McALILEY, Petitioner.

No. 36 EM 2013.

Supreme Court of Pennsylvania.

May 29, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of May, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro*

*Tunc* is **GRANTED.** Petitioner is directed to file his Petition for Allowance of Appeal within 30 days of this order.